## DAVID STONE *versus* JOHN DOUSMAN AND THOMAS LYON

JOURNAL ENTRIES (1822): *Journal 3:* (1) Discontinued *p. 273; (2) motion to take off certain fees *p. 320; (3) order re taking off fees *p. 320.

PAPERS IN FILE: (1) Precipe for capias; (2) capias and return; (3) precipe for discontinuance; (4) taxed bill of costs.

*1822–23 Calendar*, MS p. 4.

## LOUIS DEVOTION *versus* JOHN ANDERSON

JOURNAL ENTRIES (1822): *Journal 3:* (1) Discontinued *p. 273.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) discontinuance.

*1822–23 Calendar*, MS p. 11.